BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>MICHAEL DENNIS MAUPIN,<br><br>                          Defendant. | CASE NO.  2:11-CR-429 JAM<br><br>MOTION AND ORDER TO DISMISS INDICTMENT AS TO DEFENDANT MICHAEL DENNIS MAUPIN |

        On September 28, 2015, defendant Michael Dennis Maupin was sentenced on the Information filed in this case on August 8, 2012.  Accordingly, pursuant to the parties' plea agreement, the government moves to dismiss the pending indictment as to defendant Michael Dennis Maupin.

Dated:  September 28, 2015                                   BENJAMIN B. WAGNER
                                                                              United States Attorney


                                                        By:   /s/ MICHELE BECKWITH
                                                                MICHELE BECKWITH
                                                                Assistant United States Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-429 JAM |
| Plaintiff, | ORDER TO DISMISS THE  INDICTMENT AS TO DEFENDANT MICHAEL DENNIS MAUPIN |
| v. | |
| MICHAEL DENNIS MAUPIN, | |
| Defendant. | |

Pursuant to the government's motion, and good cause appearing therefrom, the pending indictment against defendant MICHAEL DENNIS MAUPIN is hereby DISMISSED.

SO ORDERED.


Dated: September 28, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
U.S. DISTRICT JUDGE

2